IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MELVIN L. SEALEY,             )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:14cv1117-MHT
                              )          (WO)
TAMARA A. STIDHAM, et al.,    )
                              )
    Defendants.               )
```

JUDGMENT

Pursuant to plaintiff's notice of voluntary dismissal (doc. no. 29), it is ORDERED, ADJUDGED, and DECREED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 26) is withdrawn.

(2) This lawsuit is dismissed in its entirety without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with the parties to bear their own costs.

It is further ORDERED that all pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of August, 2015.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE